United States District court
Southern District of Indiana



Tracey Wheeler

v.

Vigo county Sheriff John Plasse
Massey Sergeant
Dugger Sergeant
Mitchell Sergeant
Vigo county Jail commander
Officer (Wirewick)
Vigo County Jail Doctor, Dr. Cox
Abby Shidler (of Vigo Co. Community Corrections)

FILED
NOV 22 2022
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Case# 2:22-cv-00356-JRS-MJD

Verified
Amended Complaint

I Tracey Wheeler swear under Penalty of Perjury the Forgoing is True:
Between August 3rd 2022 to August 10th 2022 the Plaintiff asked the defendants Massey, Dugger, Mitchell and the Sheiff John Plasse and the Jail commander (Via Grievence process) for paper, pen and envelopes so that he could contact the courts whereas the plaintiff was his own attorney, in several matters. The plaintiff was a transfer from a IDOC facility whereas the jail policy was that

black mold which was harmful and deadly to the plaintiffs health, the plaintiff was not provided any cleaning supplies to clean the shower besides a dirty mop bucket nor was he provided any PPE for the purposes of cleaning and handling and exposing himself to Black Mold. The plaintiff filed grievences and grievances appeals and the defendants either failed to act dismissing the plaintiffs grievences or simply refusing to even respond to the plaintiffs grievences. At times the plaintiff refused to shower in the moldy shower during September to November the plaintiff began getting rashes on his body that itch and burned, he attempted to get medical treatment for his skin irritations and recieved no care or treatment. The plaintiff filed grievences notifying

the defendants that it's jail health care provider was not providing adequate medical care however the defendants refused to act or even contact the provider to inquire as to why the plaintiff was not recieving any medical care thus the plaintiff suffered in pain for over 30 days where he was not provided pain relief for his documented back injury that accured while housed in the Vigo County Jail. Also on 9-16-22 and on 8-3-22 the plaintiff was provided with a very small bar of soap and tiny packets of shampoo and toothpaste meant for one time use, thus on 8-4-22 the plaintiff had used all the hygine given to him on 8-3-22 the plaintiff requested for more hygine items but was denied. He was told that Jail policy required that he be indigent for 14 days and after which he may order indigent



supplies. The plaintiff filed a grievance because this policy he believed was unconsitutional and was intentional, however the defendants refused to respond to the plaintiffs grievances therefore exhibiting delibrate indifference to the plaintiff's conditions of confinement. On 9-16-22 the plaintiff had his own monies to purchase his own hygine supplies from the jails commissary after he had used the one day supply of hygine items provided by the jail. However, all commissary must be ordered on the jails commissary kiosk. However, on 9-18-22, when all orders must be submitted, the plaintiff was provided the wrong PIN number on 9-16-22, therefore he could not order commissary despite his many efforts to obtain the correct PIN from Jail officers and even filing (Requests) and grievances however the

defendants refused to address the plaintiffs complaint or provide a correct pin number, therefore, the plaintiff went 12 days without soap, toothpaste, deoderant and medicated skin cream, thus the plaintiff suffered dental pains from not being able to brush his teeth, and for 12 days the plaintiff suffered from Skin irritations, burning, itching and scratching due to his documented skin dermititis that the jail's health care provider and Dr. Cox refused to treat. Thus, because of Jail policy and the defendants refused to act to the plaintiffs complaints the Sherriff John Plasse and the Jail Commander are liable for the 8th amend Violations, as well Dr. Cox is liable for refusing treatment. The vigo county Jail's medical provider and Dr. Cox for Vigo county Jail are liable because the

defendants were delibrate indifferent to the plaintiffs complaints of back pain where the defendants knew that between August 3rd to August 11th 2022 the medical department was in fact providing pain relief (Mobic) to the plaintiff, a prescrition he brought with him from prison, however, between September 16th to November 3rd 2022 Dr. Cox and the, medical department, the defendants refuse to provide any pain relief subjecting the plaintiff to a wanton infliction of pain, even after the plaintiff was in fact peralyzed, trasported to Reginal hospital and prescribed Meloxicam, however, the defendants refused to fill the prescription of Maloxicam telling the plaintiff he will not get the medication, the plaintiff informed the defendants, Doctor Cox, that he was in pain and the defendants

did nothing thus the plaintiff went on to suffer for another 45 days. The defendants also were delibrate indifferent to the plaintiffs skin dermititis which was also documented in August where the plaintiff was in fact recieving treatment from the defendants where he was being provided Hydrocortisone cream, however, beginning 9-16-22 the defendants refused to treat the plaintiffs conditions thus he suffered in pain between 9-16-22 to November 3rd, 2022.

The plaintiff went on to complain that he was unreasonably charged for sick call that never accured. On or about 10-17-22 $15.00 was taken from the plaintiffs account for a medical visit that allegedly accured on 9-30-22, however this visit never happened

and because the $15.00 was unlawfully taken the plaintiff was subjected to crule and unusual conditions whereas after the money was taken he became indigent for the remainder of his stay therefore he could not order over the counter medication for pain (medical refused to provide pain relief), he could not order Hydrocotisone cream for his skin condition (Medical refused to treat the skin condition) which left the plaintiff in pain due to rashes and scratching. The plaintiff notified the defendants John Plasse and the Jail commander by filing a grievance, notifying the defendants that the medical department for Vigo County Jail stolen the plaintiffs money. John Plasse who is sheriff of the Jail and the Jail commander refused to take any action and




turned a blind eye. and because of the defendants actions, which the defendants allowed the medical department access to the plaintiff money in which the plaintiff had not given either party power of attorney over his assests, the plaintiff was subjected to crule and unusual conditions, because had the money not been taken he could have bought the things he needed from commissary. Thus the Plaintiff's 8th Amend. rights were violated as well he was not afforded any due process for the seizeure of his funds.

1st Amendment Violations;

Where the plaintiffs access to the courts were denied between 9-16-22 to November 9th, 2022. where the Vigo County Jail, Sheriff John Plasse and the Vigo County Jail commander

18

Denial of adequate medical care

Between 9-16-22 to November, 6th 2022, the plaintiff complained that he was in pain suffering from chronic illnesses of Migraine headaches, and Eczema and he complained of back pain that he suffered for 15 years. The plaintiff made his complaints to the medical department, and the plaintiff informed the medical dept. that he was currently prescribed Mobic for back pain and Migraine Headaches. The medical nurse stated she would contact Dr. Cox to get the prescriptions, the plaintiff also told the nurse that he suffered from Eczema and Dermititis, and requested to be prescribed medication to treat his condition, the plaintiff advised the nurse that he was previously prescribed over the counter Hydrocortisone while in prison and that when he was previously being held

in Vigo county from August 3rd 2022 to August 11th 2022, he brought his own tub of hydrocotisone from prison and Dr. Cox approved for him to be provided hydrocotisone while in Vigo County, the nurse stated she would speak to the doctor also about the plaintiff Eczema condition. However, that same day Dr. Cox denied the plaintiff any treatment for his Migraines, back pain and eczema although the plaintiff had active prescriptions. The plaintiff therefore suffered in pain from 9-16-22 to 11-16-22 and until his release from Vigo county jail. The plaintiff was told that Dr. Cox refused the hydrocortisone cream due to side effects of using steriod creams on long term basis. First of all there was no basis that the plaintiff had been using hydrocortisone long term, Dr. Cox had never examined the plaintiff to determine how long he had been using the cream, if any at all,

Dr Cox, did not exmine the plaintiff to determine if an alternative could have been used to treat the plaintiffs medical condition, instead she allowed the plaintiff to suffer from the effects of Eczema. Secondly, at the times Dr Cox refused treatment for the plaintiffs eczema and dermititis the plaintiff had not been using any hydrocortisone cream, thus there had been any short term or long term use, therefore her actions were delibrate. 3rd, There are no side effects of ~~of~~ the use of over the counter Hydrocortisone cream whereas such cream contains no steriod, if so very little. 4th the plaintiff was never examined or seen by Dr Cox for the Doctor to determine how long or the the last time the plaintiff had been using hydrocortisone ~~cr~~ cream, 5th the plaintiff was previously prescribed hydrocortisone by another doctor

to treat his eczema and dermititis which are both chronic issues and long term issues that does not go away, must be treated daily and is not cured but is managed with proper treatment, thus Dr. Cox was delibrate indifferent when the doctor refused to at least prescribe a medication that can manage the plaintiffs eczema also was delibrate indiffent when Dr. Cox denied any treatmnt without first examing the plaintiff.

As far as the plaintiffs prescrition for Mobic, the plaintiff notified the medical department that he had been recieving pain medication for the last 15 years for a back injury he sustained in the vigo county Jail in 2007, years later when tylenol stopped working he was placed on Mobic to treat the pain while in prison up until 2022 and once again by Dr. Smith from Terre Haute Reginal Hospital on 9-21-22. The plaintiff was also prescribed

Mobic to treat his chronic migraine headache that he suffered since 2020, and Dr. Cox denied the plaintiffs request to recieve the pain medication that is currently prescribed to the plaintiff. Dr. Cox denied this request without even assessing the problems or even examining the plaintiffs medical records, Dr. Cox refused to even see the plaintiff but yet denied the medications previously prescribed by doctors who actually examined the plaintiff and assessed his conditions, thus Dr. Cox actions were delibrate and subjected the plaintiff to a prolonged wanton infliction of pain that lasted for over 51 days, thus Dr. Cox knew of the preexisting conditions which were documented and treated during the plaintiffs (1) one week ~~previous~~ previous stay in the Jail in August 3rd 2022 to August 11th, 2022.



the emergency call button, at approx. 6pm medical Finally came in-to the block, began sticking me needles in my legs and feet and determined that I was infact paralyzed and by ambulance I was rushed to Terre Haute Reginal Hospital to trauma and treated for Bilateral leg weakness and acute back pain. Witness to the incident was J. Heir, Craig Black and Deon Hendrix. The officer only acted with excessive force out of retaliation for my complaints regarding my conditions in the jail. I filed grievences and the Sheriff and Jail commander failed to act.

D. Denial of Medical care that was adequate And Cruel and Unusal Conditions

While being housed in the Vigo County Jail my conditions worsen and the Staff continued to retaliated against me for my excessive complaints, whereas, after I was treated by Reginal Hospital, after I was assaulted by staff and paralyzed, the doctor at the hospital ordered and prescribed me 7.5 Mg Meloxicam. However, once I returned to Vigo County Jail on 9-21-22 the Vigo county Jail health / Medical department Dr Cox disregarded the



the prescription prescribed and written by Doctor Smith at Terre Haute Reginal Hospital for Meloxicam, and began giving me over counter Tylenol. I explained to the medical department that I was suffering from a back injury dating back to 2007 and that while in prison Tylenol did not suppress the pain thus I was placed on Mobic while in prison, the medical department was aware of the previous prescription of Mobic where as the vigo county Jail medical department Dr Cox was giving it to me in August 2022, however regarding the September 20, 2022 incident with my back, the medical department Dr Cox refused to provide the Meloxicam as prescribed by the Reginal hospital Dr smith even refusing to give me as previously given Mobic. Therefore leaving me in pain from 9-21-22 to my release. The Vigo County Jail Doctor Cox is Respondsible for denying treatment. I then filed a grievence explaining to the Sheriff and the Jail commander that I was being held in cruel and unusual conditions whereas I am being held in the vigo county Jail in pain and without proper medical care. I explained that



I was treated at regional hospital for Acute back pain and after being assulted and paralyzed by one of its officers, I complained that I was prescribed Meloxicam by the Regional hospital to control my pain, I complained, however the medical department for the vigo county Jail refuses to provide the treatment as order by my doctor, whereas I'm instead being provided over counter Tylenol that Ive expressed did not work, I complained that I was still in pain and that it's medical department refuses to treat me adequately. I requested that the Jail and it's administration address the issue with it's medical department, and the Sheriff and Jail commander refused to act, subjecting me to pain and suffering for nearly 2 months.

1st Amendment interference with mail

On 9-19-22 I was allowed to represent myself on my criminal matter, therefore, as my own attorney, pursuant to Jail procedure, I began drafting my own motions, however, because I was without postage and envelopes to mail the motions, I was allowed to "send mail to the court by writing on the outside of a piece of