UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TRACEY WHEELER, | ) |
|       Plaintiff, | ) |
| v. | ) No. 2:23-cv-00389-JMS-MG |
| COX Dr., | ) |
| PLASSE Sheriff, | ) |
| CHARLEY FUNK Jail Commander, | ) |
|       Defendants. | ) |

**Final Judgment**

This action is dismissed without prejudice for failure to pay the filing fee.

Date: 2/2/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
      Deputy Clerk

Distribution:

TRACEY WHEELER
1341 2nd Ave
Terre Haute, IN 47807